**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

_**UNITED STATES OF AMERICA v. CHARLES TAN  [Exhibit List For 3/28/18 Pre-Trial Hearing]**_

CASE NO.:   5:17-CR-00228 (FJS)

DATE:   March 28, 2018

PRESIDING JUDGE:   Andrew T. Baxter

☒   GOVERNMENT      ☐   DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 1 | | | | 911 call - 1 |
| 2 | | | | 911 call - 2 |
| 3 | | | | 911 call - 3 |
| 4 | | | | Dispatch/Police Communications |
| 5 | | | | Calls/Communications Certification |
| 6 | | | | Jobs Card Printout & Certification |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

### *UNITED STATES OF AMERICA v. CHARLES TAN  [Exhibit List For 3/28/18 Pre-Trial Hearing]*

CASE NO.:   5:17-CR-00228 (FJS)

DATE:   March 28, 2018

PRESIDING JUDGE:   Andrew T. Baxter

☒   GOVERNMENT      ☐   DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

***UNITED STATES OF AMERICA v. CHARLES TAN  [Exhibit List For 3/28/18 Pre-Trial Hearing]***

CASE NO.:   5:17-CR-00228 (FJS)

DATE:   March 28, 2018

PRESIDING JUDGE:   Andrew T. Baxter

☒ GOVERNMENT       ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |